UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 09-31388-DHW
                                                         Chapter 13
KAREN LEONODE CARR,

    Debtor.

# CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The trustee filed a Motion to Dismiss (Doc. #86) the above-referenced case due to the debtor's failure to make plan payments. The court held a hearing on the matter and in accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED effective **November 30, 2014** unless the debtor has paid the case in full.

Done this 29th day of September, 2014.


                                                /s/ Dwight H. Williams, Jr.
                                                United States Bankruptcy Judge


c:   Debtor
     David Weston, Attorney for Debtor
     Curtis C. Reding, Trustee
     All Creditors